# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Jamil Nassar, ) | |
| ) | Case No. 2:23-CV-740 |
| Plaintiff, ) | |
| ) | Judge |
| v. ) | |
| ) | Magistrate Judge |
| Chief Novella Fulmore, Chalmers ) | |
| P. Wylie Ambulatory Care Center, ) | |
| U.S. Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

1. Under 28 U.S.C. §§ 1442 and 1446, Chief Novella Fulmore, in her official capacity as a federal employee of the U.S. Department of Veterans Affairs, is removing to this Court a civil action originally filed by Plaintiff Jamil Nassar in the Franklin County Municipal Court, Small Claims Division.

2. Plaintiff Nassar filed his complaint in the Franklin County Municipal Court on January 11, 2023. The U.S. Department of Veterans Affairs first received Plaintiff's complaint on January 27, 2023. The process and pleadings served upon Chief Novella in her official capacity as an employee of the VA are attached as Exhibit A.

3. Because Chief Novella Fulmore is an employee of the U.S. Department of Veterans Affairs, she is entitled to remove Nassar's action to the U.S. District Court for the Southern District of Ohio under 28 U.S.C. § 1442(a)(1).

4. Chief Novella is removing this action within the 30-day timeframe established in 28 U.S.C. § 1446(d).

5. A copy of this Notice of Removal will be filed promptly with the Franklin County Municipal Court to effect the removal. 28 U.S.C. § 1446(d).

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/John J. Stark
JOHN J. STARK (0076231)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
john.stark@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on February 23, 2023, I caused the foregoing Notice of Removal to be filed electronically using the CM/ECF system, and that on the same date I caused a copy of this notice to be served by Federal Express Jamil Nassar at 3973 Brelsford Lane, Dublin, Ohio 43016.

    s/John J. Stark
    John J. Stark
    Assistant United States Attorney